# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134902(95)

TERI LYNN GALLANT,
      Plaintiff-Appellee,

v

        SC: 134902
        COA: 265396
        Jackson CC: 03-002034-DM

JON ANDREW GALLANT, JR.,
      Defendant-Appellant,

and

GALLANT TRANSPORT, INC., and
JON ANDREW GALLANT, SR.,
      Defendant/Intervenor-Appellee.
_____/

On order of the Court, the motion for reconsideration of this Court's March 24, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

Clerk

d0828